IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

KEITH A. JONES,

          Petitioner,

v.                                                          Case No. 5D16-658

LESLIE D. JONES,

          Respondent.

_____/

Opinion filed March 31, 2016

Petition for Writ of Prohibition,
John Alexander, Judge.

William S. Graessle and Jonathan W.
Graessle, of William S. Graessle, P.A.,
Jacksonville, for Petitioner.

Leslie D. Jones, Saint Johns, pro se.


PER CURIAM.

        Keith Jones petitions this court for a writ of prohibition to review the denial of his

motion for the judicial disqualification of the trial judge. After our thorough review of the

petition, the response filed, and the record, we grant the petition. Because we are

confident that the trial judge will promptly comply with this court's decision and enter an

order recusing himself, we withhold formal issuance of the writ at this time.

        PETITION GRANTED.


LAWSON, C.J., SAWAYA and COHEN, JJ., concur.